UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIN DAWN BLANKENSHIP, individually
and as parent and next friend of G.B. and S.B.,
minors, and SHAYLA BLANKENSHIP,
individually and as parent and next friend
of B.B. and S.B., minors,                                  Case no. 14-12221
                                                           Honorable Arthur Tarnow
    Plaintiffs,                          Mag. Michael J. Hluchaniuk

-vs-

RICK SNYDER, et al,

    Defendants.
_____/
LAW OFFICES OF GREGORY T. GIBBS      PLUNKETT COONEY
Alec Scott Gibbs P73593               H. William Reising P19343
Attorney for Plaintiffs               Attorney for Defs. Bauer & Gleason
717 S. Grand Traverse Street          111 E. Court Street, Ste. 1B
Flint, MI  48502                      Flint, MI  48502
810-239-9470                          810-342-7001
Greggibbs51@sbcglobal.net             wreising@plunkettcooney.com

MI DEPT. OF ATTORNEY GENERAL
Michael F. Murphy P29213
Christina M. Grossi P67482
Joshua O. Booth P53847
Attorneys for State Defendants
PO Box 30754
Lansing, MI  517-373-1162
Murphym2@michigan.gov
_____/

1

## DEFENDANTS GLEASON AND BAUER'S CONCURRENCE IN STATE DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO THE MOTION TO STAY

NOW COME Defendants, John Gleason and James Bauer, by and through their counsel, PLUNKETT COONEY, and do hereby agree and concur in Defendant Governor Rick Snyder and Attorney General Bill Schuette's Reply Brief in Support of the Motion for Abeyance.

            BY:   s/H. William Reising_____
            H. WILLIAM REISING (P19343)
            Attorney for Defendants Gleason/Bauer
            111 E. Court Street, Suite 1B
            Flint, MI  48502
            (810) 342-7001
            wreising@plunkettcooney.com

DATE: August 28, 2014

## CERTIFICATE OF ELECTRONIC FILING

H. William Reising certifies that a copy of the Concurrence in Notice of Motion to Consolidate and this Certificate of Electronic Filing was electronically filed with the United States District Court, Eastern District of Michigan, Southern Division, in the above cause on August 28, 2014, and that due to the mandatory court requirement that all attorneys use the electronic filing system, a copy will be provided to all counsel of record by the court's notification.   I declare under the penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

            s/H. William Reising
            H. William Reising P19343
            Attorney for Defs. Gleason/Bauer
            111 E. Court Street, Ste 1B
            Flint,  MI   48502

810-342-7001

**Open.06002.41914.14458330-1**

3